■ In the Matter of GEORGE K. MCCARTHY, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [801 NYS2d 227]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or respond to the order to show cause constitutes a default. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ In the Matter of RICHARD J. HOGAN, JR., a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [801 NYS2d 549]—Order entered granting motion for default. Same memorandum as in *Matter of Hogan* (21 AD3d 1440 [2005]). Present—Green, J.P., Scudder, Gorski, Pine and Hayes, JJ.